IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SASON PARANDIAN aka SASON PARRY,

    Plaintiff,

  v.

SEBASTIAN DE LA BARRA CUEVAS, MAXIMILIANO DEL RIO, MATIAS AWAD, LOTUS FESTIVAL S.A., LOTUS PRODUCCIONES, LTDA, and DOES 1 to 500,000,

    Defendants.

No. C 17-06622 WHA

**ORDER TO SHOW CAUSE**

The docket reflects that the parties settled this action during a successful mediation on April 19, 2018. As of the date of this order, no dismissal has been filed and a hearing on defendants' motion to dismiss remains set for May 10. *Please be reminded that all deadlines remain active and in place until a dismissal is filed.*

By **MAY 7 AT NOON**, the parties shall show cause in writing why this action should not be dismissed.

**IT IS SO ORDERED.**

Dated: May 4, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE